## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**WILLIAM E. MELENDEZ,**
**Plaintiff,**

**v.**

**Quantum Business Engineering,**
et al.,

**Defendants.**

**Civil No. 04-11242 (FAB)**
**Employment Discrimination**
**(Age and National Origin)**

**Plaintiff Demands**

**Trial and Jury**

---

### INFORMATIVE MOTION – TRIAL WITNESS SUBPOENA

**Plaintiff William E. Meléndez, Pro Se, respectfully states as follows:**

Plaintiff has issued Subpoenas to Plaintiff's announced witnesses

**1)** Raul Rivera Herrera

and

**2)** Aixa Medina,

to their last know addresses, respectively:


**a)** 179 Taft Street, Suite 201b

Condado PR 00911

AND

**b)** Rock Solid Technologies, Inc.

638 Aldebarán Street, Suite 204 BDE Bldg.

San Juan, Puerto Rico 00920

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 3rd day of January of 2007.

<u>**S/William E. Meléndez**</u>
**William E. Meléndez**
P.O. Box 1624 Canóvanas, PR
00745-1624
787.379.7011
WILLIAM.MELENDEZ@ASTRAZENECA.COM


**CERFTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, an electronic copy of the above was filed with the Clerk of the Court using the CM/ECF Docket Management System, which will send electronic notification to Codefendants' Counsel.

<u>**S/William E. Meléndez**</u>
**William E. Meléndez**
P.O. Box 1624 Canóvanas, PR
00745-1624
787.379.7011
WILLIAM.MELENDEZ@ASTRAZENECA.COM