THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **WILLIAM E. MELENDEZ,** <br> **Plaintiff,** <br><br> v. <br><br> **Quantum Business Engineering,** <br> et al., <br><br> **Defendants.** | Civil No. 04-11242 (FAB) <br> Employment Discrimination <br> (Age and National Origin) <br><br> **Plaintiff Demands** <br><br> **Trial and Jury** |

## INFORMATIVE MOTION – TRIAL WITNESS SUBPOENA

**Plaintiff William E. Meléndez, Pro Se, respectfully states as follows:**

Plaintiff has issued Subpoenas to the following witnesses, who will be authenticating evidence presented at trial:

**1)** Naim Merheb - Humberto Vidal Inc

   112 Monseñor Torres Rio Piedras, PR

   (787) 751-7070

**2)** Ivette Leon - Quantum Business Engineering

   Centro Internacional de Mercadeo

   90 Carr. 165 TORRE 11 #504

   Guaynabo, PR

**3)** Diego Spallatti, Invenzis de Puerto Rico

   C/O FGR Corporate Services

   Torre BBVA 254 Muñoz Rivera Avenue, 6th Floor

   San Juan, PR

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 4th day of January of 2007.

<u>**S/William E. Meléndez**</u>
**William E. Meléndez**
P.O. Box 1624 Canóvanas, PR
00745-1624
787.379.7011
WILLIAM.MELENDEZ@ASTRAZENECA.COM

**CERFTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, an electronic copy of the above was filed with the Clerk of the Court using the CM/ECF Docket Management System, which will send electronic notification to Codefendants' Counsel.

<u>**S/William E. Meléndez**</u>
**William E. Meléndez**
P.O. Box 1624 Canóvanas, PR
00745-1624
787.379.7011
WILLIAM.MELENDEZ@ASTRAZENECA.COM